FILED
2012 Feb-21 PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

BOBBY LYNN SHULER

    Plaintiff,

v.                                          CV 4:10-1993-RBP

JACK LOGAN, an individual,
and LANDSPAN, INC.

    Defendants.

## ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, defendants' Motion for Partial Summary Judgment, filed on November 1, 2011 is **GRANTED.**

This plaintiff's claim of wantonness is **DISMISSED, WITH PREJUDICE.**

**DONE** and **ORDERED** this the 21st day of February, 2012.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE